1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

  v.

PETE AGAPITO CHAVEZ,

              Defendant.

_____/

No. 11-CR-331 MMC

**ORDER DIRECTING GOVERNMENT TO
SERVE DEFENDANT WITH MOTION;
SETTING DEADLINE FOR
DEFENDANT'S RESPONSE**

      Before the court is the government's "Motion for an Extension of Time," filed January 2, 2015, by which the government requests the deadline for the filing of its response to Pete Agapito Chavez's ("Chavez") application for relief pursuant to 28 U.S.C. § 2255 be extended from January 16, 2015 to February 19, 2015.  No proof of service has been filed, nor has the government shown the motion is appropriate for ex parte determination.

      Accordingly,

      1. The government is hereby DIRECTED to file, no later than January 7, 2015, the requisite proof of service.  See Crim. L.R. 47-2(a).

      2. In light of the upcoming deadline as currently set, Chavez's opposition thereto, if any, shall be filed no later than January 13, 2015.

      **IT IS SO ORDERED.**

Dated: January 5, 2015

_____
MAXINE M. CHESNEY
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28