MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: (415) 436-6740
Facsimile:  (415) 436-7234
E-Mail: kathryn.haun@usdoj.gov

Attorneys for the United States of America

*IT IS SO ORDERED*
*[signature] Judge Maxine M. Chesney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00331-MMC |
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION FOR AN EXTENSION OF TIME |
| v. | |
| PETE AGAPITO CHAVEZ, | |
| Defendant. | |

The United States respectfully asks the Court to extend the time to respond to defendant's Motion. The undersigned has been out and will be out on leave on the due date of January 16, 2015. Further the government needs more time to obtain and analyze the transcript for the evidentiary hearing held on May 16, 2012. In light of these circumstances the government respectfully requests that the deadline for the government to respond to the motion be extended to February 19, 2015.

DATED: January 2, 2015         Respectfully submitted,

                               MELINDA HAAG
                               United States Attorney

                               _____/s/_____
                               KATHRYN HAUN
                               Assistant U.S. Attorney

MOTION FOR AN EXTENSION OF TIME
CR 11-00331 MMC