IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PETE AGAPITO CHAVEZ,<br><br>    Defendant. | No. 11-CR-331 MMC<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME** |

Before the court is defendant Pete Agapito Chavez's ("Chavez") "Motion for an Extension of Time to Respond," filed February 25, 2015. By said motion, Chavez seeks an order extending the time in which he is required to respond to the government's January 29, 2015 supplemental answer to his declaration in support of his motion for relief under 28 U.S.C. § 2255. Subsequent to the government's submission of said supplemental answer, however, the Court afforded the government leave to file, no later than March 20, 2015, a motion for an order finding a limited waiver of the attorney-client privilege (see Order, filed February 17, 2015),[1] which motion, if granted, may result in the government's submission of additional evidence. Consequently, no deadline for a reply by Chavez has been set.

Accordingly, Chavez's motion for an extension is hereby DENIED.

After the above-referenced March 20 deadline has passed, the Court will proceed to set deadlines and/or other dates, as appropriate.

**IT IS SO ORDERED.**

Dated: March 3, 2015

                                      MAXINE M. CHESNEY
                                      United States District Judge

---

[1] It appears that at the time he filed his motion for an extension, Chavez had not received a copy of the Court's February 17 order.