IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CR-331 MMC |
| Plaintiff, | **ORDER REFERRING MATTER FOR SELECTION OF COUNSEL** |
| v. | |
| PETE AGAPITO CHAVEZ, | |
| Defendant. | |

Before the Court is defendant Pete Agapito Chavez's ("Chavez") "Application Seeking Habeas Relief Pursuant to 28 U.S.C. § 2255," filed May 8, 2013, by which Chavez alleges a claim based on ineffective assistance of counsel. The Court having been advised that the government has been unable to obtain responsive declarations from Chavez's assertedly ineffective counsel, and the government having further advised the Court that it will not, at this time, be filing a renewed motion bearing thereon, the Court, for the reasons set forth in its order filed February 17, 2015, hereby REFERS the matter to the Office of the Federal Public Defender for selection of counsel.

**IT IS SO ORDERED.**

Dated: April 10, 2015

MAXINE M. CHESNEY
United States District Judge