1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No. 11-CR-331 MMC

12                 Plaintiff,                       **ORDER SETTING STATUS
                                                    CONFERENCE**
13        v.

14    PETE AGAPITO CHAVEZ,

15                 Defendant.
                                                    /

16

17         Counsel having been appointed for defendant Pete Agapito Chavez, the Court

18    hereby SETS a status conference for May 13, 2015, at 2:15 p.m.  The parties shall be

19    prepared to discuss a jointly proposed schedule for the hearing on Chavez's remaining

20    claim, by which he alleges ineffective assistance of counsel.

21         **IT IS SO ORDERED.**

22

23    Dated: April 20, 2015                        _____
                                                    MAXINE M. CHESNEY
24                                                  United States District Judge

25

26

27

28

**United States District Court**
For the Northern District of California