IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PETE AGAPITO CHAVEZ,<br><br>  Defendant. | No. 11-CR-331 MMC<br><br>**ORDER RESETTING BRIEFING SCHEDULE; CONTINUING HEARING** |

Before the Court is defendant Pete Agapito Chavez's ("Chavez") "Motion to Continue Hearing and Reset Briefing Schedule," filed July 30, 2015. Pursuant to the Criminal Local Rules of this District, opposition to the motion was due no later than August 6, 2015. See Crim. L. R. 47-2(d) (providing opposition to motion must be served and filed not more than seven days after the motion is filed). To date, no opposition has been filed.

Accordingly, the Court deems the matter submitted on the moving papers, VACATES the hearing scheduled for August 12, 2015, and, for the reasons stated by Chavez, resets the briefing schedule as follows:

1. No later than October 7, 2015, Chavez shall file his supplemental declaration and supplemental memorandum in support of his motion for habeas relief.

2. No later than November 4, 2015, the government shall file its response.

3. No later than November 18, 2015, Chavez shall file any reply thereto.

4. The hearing currently set for October 14, 2015 is hereby CONTINUED to

December 2, 2015 at 2:15 p.m.

**IT IS SO ORDERED.**

Dated: August 7, 2015

_____
MAXINE M. CHESNEY
United States District Judge