UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**PETE CHAVEZ**,<br><br>Defendants. | No. CR-11-0331-MMC<br><br>**[PROPOSED]** ORDER TO UNSEAL AND RELEASE SEALED PORTION OF TRANSCRIPTS |

Based on the *Ex Parte* application and supporting declaration of counsel, and for good cause shown, IT IS HEREBY ORDERED that the sealed portion of the May 16, 2012 transcript be unsealed and released exclusively to Erick Guzman. That portion of the transcript shall remain under seal for all other purposes.

IT IS FURTHER ORDERED that defense counsel's copy of that portion of the transcript shall not be shown to anyone other than Mr. Chavez.

**IT IS SO ORDERED.**

Dated: September 8, 2015

*Maxine M. Chesney*

**HON. MAXINE M. CHESNEY**
United States District Judge

3