IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, | No. C-11-0331 MMC |
| Plaintiff, | **ORDER RE: APPLICATION TO STAY PROCEEDINGS** |
| v. | |
| PETE CHAVEZ, | |
| Defendant. | |

Before the Court is defendant Pete Chavez's application, filed October 5, 2015, to stay proceedings on his motion for relief under § 2255 of the Federal Rules of Criminal Procedure. Pursuant to the Local Rules of this district, the deadline for the government's opposition to the application is October 9, 2015. See Civil L.R. 7-11(b); Crim. L.R. 2-1.

In light of the above, the deadline for defendant's filing his supplemental briefing in support of his motion for relief under § 2255 is hereby EXTENDED from October 7, 2015, to October 14, 2015.

**IT IS SO ORDERED.**

Dated: October 7, 2015

MAXINE M. CHESNEY
United States District Judge