ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>        Plaintiff,<br><br>    v.<br><br>**PETE CHAVEZ**,<br><br>        Defendant. | CASE NO. CR-11-0331-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**<br><br>Current Date: December 2, 2015 at 2:15 P.M.<br><br>Proposed Date: February 3, 2016 at 2:15 P.M. |

  The hearing is currently scheduled for December 2, 2015.  Due to defense counsel's scheduling conflicts, both parties are requesting that the above hearing be rescheduled to February 3, 2016.  More specifically, defense counsel is set begin a month long trial in Monterey County on November 30, 2015.  The prosecution in that case has estimated that the case will take at least three weeks.

  The parties understand from the court's courtroom deputy that February 3, 2016 is available for the court.

….

….

….

….

Case No. CR-11-0331-MMC

DATED: November 19, 2015           Respectfully submitted,


                                   By
                                       ____/s/_____
                                       Erick L. Guzman
                                       Attorney for Pete Chavez



                                       _____/s/_____
                                       Kathryn Haun
                                       Assistant United States Attorney

**[PROPOSED ORDER]**

The ~~status~~ motion hearing currently scheduled for December 2, 2015 is rescheduled for February 3, 2016 at 2:15 P.M.

**IT IS SO ORDERED.**

Dated: November 25, 2015

HON. MAXINE M. CHESNEY
United States District Judge