IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>PETE AGAPITO CHAVEZ,<br><br>   Defendant.<br>_____/ | No. C-11-331 MMC<br><br>**DIRECTIONS TO DEFENDANT** |

By Order filed concurrently herewith, the Court approved the parties' stipulation to continue the hearing on defendant's Motion for Declaratory Relief from December 2, 2015, to February 3, 2016. Defendant is hereby DIRECTED to file, no later than January 27, 2016, a supplemental brief addressing the Court's ability to grant the declaratory relief requested. See, e.g., Flast v. Cohen, 392 U.S. 83, 96 (1968) (noting "the oldest and most consistent thread in the federal law of justiciability is that the federal courts will not give advisory opinions") (internal quotation and citation omitted).

**IT IS SO ORDERED.**

Dated: November 25, 2015

_____
MAXINE M. CHESNEY
United States District Judge