IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PETE AGAPITO CHAVEZ,<br><br>    Defendant.<br>_____/ | No. C-11-331 MMC<br><br>**ORDER DENYING DEFENDANT'S APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM OR AD PROSEQUENDUM** |

      Before the Court is defendant Pete Agapito Chavez's ("Chavez") "Ex Parte Application for Issuance of Subpoena; Application for Writ Ad Testificandum; Application for Costs; and Declaration in Support," filed January 3, 2016, by which application Chavez seeks (1) a writ of habeas corpus ad testificandum or ad prosequendum in order that he may attend the proceeding to be held before this Court on February 3, 2016, and (2) an order "authoriz[ing]" the payment of "costs for service of the . . . writ and transportation of Pete Chavez" to this Court for said proceeding.

The Court having read and considered Chavez's application,[1] the application is hereby DENIED, for the reason that the February 3, 2016, proceeding is not an evidentiary hearing or trial, and Chavez has not otherwise shown a need for his testimony. See 28 U.S.C. § 2241(c)(5) (providing "writ of habeas corpus shall not extend to a prisoner unless . . . [i]t is necessary to bring him into court to testify or for trial").

**IT IS SO ORDERED.**

Dated: January 11, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court assumes, without deciding, that the application is properly made on an ex parte basis. See Civil L.R. 7-10 (providing "party may file an ex parte motion . . . only if a statue, Federal Rule, local rule, or Standing Order authorizes the filing of an ex parte motion in the circumstances"); Criminal L.R. 2-1 (providing "provisions of the Civil Local Rules of the Court shall apply to criminal actions and proceedings, except where they may be inconsistent with these criminal local rules, the Federal Rules of Criminal Procedure or provisions of law specifically applicable to criminal cases").

2