ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. CR-11-0331-MMC |
| Plaintiff, | ***UNOPPOSED*** **MOTION TO CONTINUE HEARING; AND** ~~PROPOSED~~ **ORDER** |
| v. | Current Date: February 3, 2016 at 2:15 P.M. |
| **PETE CHAVEZ**, | Proposed Date: April 27, 2016 at 2:15 P.M. |
| Defendant. | |

**I**

**MOTION TO CONTINUE**

The hearing is currently scheduled for February 3, 2016. However, defense counsel

has a scheduling conflict. Specifically, he is scheduled to be in a jury trial in Sonoma

County beginning February 2, 2016. Due to defense counsel's scheduling conflicts,

the defense is requesting and the government does not object to a continuance of the above

hearing to April 27, 2016.[1]

---

[1]     The government does not oppose the defense's request, however, given defense trial and the government counsel's own calendar the government can only agree to move the date to a new date in late April or thereafter.

DATED: January 28, 2016                          Respectfully submitted,


By

/s/
Erick L. Guzman
Attorney for Pete Chavez


## DECLARATION OF COUNSEL

I, ERICK GUZMAN, declare the following:

1.   I am an attorney licensed to practice law in the state of California and admitted to practice before this Court.  I am a member of this Court's CJA panel. Except where otherwise expressly noted, I state the following on personal knowledge, and if called as a witness, could testify competently thereto.

2.   I am the attorney of record in this case.

3.   I will be in a jury trial in Sonoma County from January 29, 2016 until approximately February 10, 2016.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct.  Signed January 28, 2016in Santa Rosa, California.


___/s/ *Erick Guzman*__
Erick L. Guzman
Declarant

1

2

3                                [PROPOSED ORDER]

4                         on defendant's Motion for Declaratory Relief
          The status hearing currently scheduled for February 3, 2016 is rescheduled for April
5
6      27, 2016 at 2:15 P.M.

7      **IT IS SO ORDERED.**

8      Dated:  January 28, 2016

9                                                    HON. MAXINE M. CHESNEY
                                                     United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

                                          3