BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

STEPHEN MEYER (CABN 263954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Stephen.Meyer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PETER CHAVEZ,<br><br>    Defendant. | CASE NO. CR-11-0331-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**<br><br>Current Date: April 27, 2016 at 2:15 P.M.<br><br>Proposed Date: May 18, 2016 at 2:15 P.M. |

The hearing on Defendant's Motion for Declaratory Relief re: Effect of Granting Motion to Vacate Pursuant to Sec. 2255 is currently scheduled for April 27, 2016. However, government counsel will not be back from leave until mid-May. For that reason, both parties are requesting that the above hearing be rescheduled to May 18, 2016 at 2:15 pm.

Case No. CR-11-0331-MMC

The parties understand from the court's courtroom deputy that May 18, 2016 is available for the court.

Dated: March 23, 2016

        Respectfully submitted,

        BRIAN J. STRETCH
        Acting United States Attorney


By: _____/s/_____
    STEPHEN MEYER
    Assistant United States Attorney


_____/s/_____
Erick L. Guzman
Attorney for Peter Chavez

2

1 **[PROPOSED ORDER]**

2 The hearing currently scheduled for April 27, 2016 is rescheduled for May 18, 2016
3 at 2:15 P.M.

4 **IT IS SO ORDERED.**

5 DATED: March 25, 2016

6 _____
HON. MAXINE M. CHESNEY
United States District Judge