IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETE CHAVEZ,<br><br>　　　　Defendants. | No. CR 11-0331-MMC<br><br>[**PROPOSED**] ORDER TO PRODUCE PETI~~I~~TIONER CHAVEZ TO VIDEO-CONFERENCE ROOM |

　　　　and no objection having been filed,
　　For good cause shown, IT IS ORDERED that Pete Chavez (USM # 18330-097) be delivered to the video-conference facility on May 18, 2016 by no later than 02:15 P.M.

　　Defendant shall forthwith serve the instant order on his custodian.

**IT IS SO ORDERED.**

Dated: May 9, 2016

　　　　　　　　　　　　　　　　　　　　　　　_Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　　HON. MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge