IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETE AGAPITO CHAVEZ,<br><br>　　　　Defendant. | Case No. 11-cr-00331-MMC-1<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 138 |

Before the Court is defendant Pete Agapito Chavez's motion for "Court Representation/Preliminary Appointment," filed May 23, 2016, by which filing defendant requests the Court issue an order appointing counsel to represent him for the purpose of submitting a new theory under which he wishes to challenge his sentence.

By order filed April 17, 2015, attorney Erick L. Guzman was appointed to represent defendant in connection with his post-conviction challenge, and said attorney continues to represent defendant.

Accordingly, the motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: June 1, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　United States District Judge