IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PETE CHAVEZ,

    Defendants.

No. CR 11-0331-MMC

[PROPOSED] ORDER ~~TO DISMISS MOTION~~ GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW PETITION

in defendant's "Unopposed Motion to Withdraw Petition," filed June 13, 2016, For good cause shown, IT IS ORDERED that the ~~previously filed motion to vacate is hereby dismissed.~~ "Application Seeking Habeas Relief Pursuant to 28 U.S.C. § 2255," filed May 8, 2013, is hereby deemed WITHDRAWN.

**IT IS SO ORDERED.**

Dated: June 14, 2016

                                              HON. MAXINE M. CHESNEY
                                              United States District Judge