IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  v.<br><br>PETE AGAPITO CHAVEZ,<br><br>    Defendant. | No. CR 11-331 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES OF DOCUMENTS IN COMPLIANCE WITH LOCAL RULES OF THIS DISTRICT** |

On June 24, 2016, defendant Pete Agapito Chavez electronically filed his "Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255," and Exhibits A - E in support thereof. Defendant has violated the Local Rules of this District, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Crim. L.R. 2-4 ("[A]n extra copy of any document filed in a criminal case shall be marked 'Chambers Copy,' and shall be provided to the Clerk's Office pursuant to Civil L.R. . . . 5-1(e)(7)").

Defendant is hereby ORDERED to comply with the Local Rules of this District by immediately submitting chambers copies of the above-referenced documents. Defendant is hereby advised that if he fails in the future to comply with the Local Rules requiring him to provide a chambers copy of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed

1  document for which a chambers copy has not been timely provided to the Court.

2  **IT IS SO ORDERED.**

4  Dated: July 6, 2016

_____
MAXINE M. CHESNEY
United States District Judge