United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETE AGAPITO CHAVEZ,

Defendant.

Case No. 11-cr-00331-MMC-1

**ORDER TO SHOW CAUSE RE:**
***JOHNSON* CLAIM RAISED IN
SECTION 2255 MOTION**

Re: Dkt. No. 143

Before the court is defendant Pete Agapito Chavez's motion, filed June 24, 2016, for an order under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015). The claim appears colorable under 28 U.S.C. § 2255 and merits an answer from the government.

Unless the parties submit a stipulation and order for a shorter briefing schedule, the following deadlines will apply: (1) within 75 days after the motion was filed, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the Court should not vacate, set aside or correct the sentence being served; (2) within 45 days after the opposition is filed, defendant shall file any reply. Thereafter, the matter will be deemed submitted on the papers, unless the court orders otherwise.

**IT IS SO ORDERED.**

Dated: July 18, 2016

MAXINE M. CHESNEY
United States District Judge