IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 11-cr-00331-MMC-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONSTRUING LETTER REQUEST AS MOTION UNDER FIRST STEP ACT; REFERRING MOTION TO FEDERAL PUBLIC DEFENDER** |
| PETER AGAPITO CHAVEZ, | |
| Defendant. | Re: Dkt. No. 153 |

Before the Court is a letter, filed January 14, 2019, by defendant Peter Agapito Chavez ("Chavez"), in which Chavez requests appointment of counsel for the purpose of seeking relief, as "the laws have changed for . . . sentencing reform." (See Dkt. No. 153.)

The Court construes Chavez's filing as a motion for reduction of sentence under Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (2018).

Accordingly, said filing is hereby REFERRED to the Federal Public Defender for the Northern District of California, for the purpose of determining whether Chavez may be eligible for relief under the First Step Act.

**IT IS SO ORDERED.**

Dated: February 22, 2019

MAXINE M. CHESNEY
United States District Judge