IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PETER AGAPITO CHAVEZ,<br>Defendant. | Case No. 11-cr-00331-MMC-1<br><br>**ORDER DENYING LETTER REQUEST AS MOOT**<br>Re: Dkt. No. 153 |

Before the Court is a letter, filed January 14, 2019, by defendant Peter Agapito Chavez ("Chavez"), in which Chavez requests appointment of counsel for the purpose of seeking relief, as "the laws have changed for . . . sentencing reform." (See Dkt. No. 153.)

The Court, by order filed concurrently herewith, having construed said filing as a motion for reduction of sentence under Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (2018), and having referred said request for relief to the Federal Public Defender for the Northern District of California, for the purpose of determining whether Chavez may be eligible for relief under the First Step Act, the above-described motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: February 22, 2019

MAXINE M. CHESNEY
United States District Judge